

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WILLIAM DAVIDSON, | § | No. 08-24-00035-CV |
| Appellant, | § | Appeal from the |
| v. | § | 38th District Court |
| JIM HEINE, 7 GRAND PLUS INTEREST, LLC, 1449 INTEREST, LLC, and LINDA KOEHL, | § | of Uvalde County, Texas |
| | § | (TC# 2023-06-34991-CV) |
| Appellees. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We reverse the portion of the trial court's order dismissing the breach of contract and fraudulent inducement claims against Jim Heine and Linda Koehl, reverse the portion of the trial court's order dismissing the tortious interference claims against Linda Koehl, and vacate the trial court's award of attorneys' fees. We affirm in all other respects. We remand this cause to the trial court for further proceedings consistent with this Opinion.

IT IS SO ORDERED this 11th day of July 2025.


MARIA SALAS MENDOZA, Chief Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.